UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robertin Nunez aka Robert Nunez, Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER 15-15811/MDC |
| JPMorgan Chase Bank, National Association, Movant, v. Robertin Nunez aka Robert Nunez, Respondent/Debtor, William C. Miller Additional Respondent. | |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, JPMorgan Chase Bank, National Association's Objection to Confirmation of Chapter 13 Plan filed with the Court on November 13, 2015.

    Respectfully submitted,

Dated: August 5, 2016

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:15-050380