15-1710

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Robertin Nunez<br><br>                             Debtor(s)<br>Wells Fargo Bank, NA<br>                             Movant<br>v.<br>Robertin Nunez and<br>William C. Miller, Esquire<br>                             Respondents | | 15-15811 MDC<br><br>Chapter 13 Proceeding<br><br>Related to Document #23: |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

      Movant, Wells Fargo Bank, NA, respectfully withdraws its Objection to Confirmation, which was filed on 01/29/2016, at docket #23.

                                                POWERS KIRN & ASSOCIATES, LLC

                                                By:  **/s/ Jill Manuel-Coughlin, Esquire**
                                                Attorney ID# 63252
                                                Eight Neshaminy Interplex, Suite 215
                                                Trevose, PA 19053
                                                Telephone: 215-942-2090
                                                E-mail: Harry.Reese@pkjllc.com
                                                Attorney for Movant

Dated:  September 6, 2016

15-1710

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robertin Nunez<br><br>                              Debtor(s)<br>Wells Fargo Bank, NA<br>                              Movant<br>v.<br>Robertin Nunez and<br>William C. Miller, Esquire<br>                              Respondents | 15-15811 MDC<br><br>Chapter 13 Proceeding<br><br>Related to Document #23: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 6, 2016:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

| | |
|---|---|
| David M. Offen, Esquire<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA  19106<br>Attorney for Debtor(s) | William C. Miller, Esquire<br>111 S. Independence Mall East, Suite 583<br>Philadelphia PA  19106<br>Trustee |

**Parties Serviced via First Class Mail:**

POWERS KIRN & ASSOCIATES, LLC

By:  /s/ **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Harry.Reese@pkjllc.com
Attorney for Movant