IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :    In Chapter 13
       ROBERTIN NUNEZ                            :
                                                 :    Bankruptcy No. 15-15811 (MDC)
                     Debtor.                     :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #45) which was filed on August 30, 2016.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: September 7, 2016              By:    */s/ Megan N. Harper*
                                                  MEGAN N. HARPER
                                                  Deputy City Solicitor
                                                  PA Attorney I.D. 81669
                                                  Attorney for the City of Philadelphia
                                                  And/or Water Revenue Bureau
                                                  City of Philadelphia Law Department
                                                  Municipal Services Building
                                                  1401 JFK Boulevard, 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0503 (phone)
                                                  Email: Megan.Harper@phila.gov