B6A (Official Form 6A) (12/07)

In re **Robertin Nunez**          Case No. **15-15811-MDC**

Debtor(s)

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2716 N. Front Street, Philadelphia, PA  19133** <br> **Property Needs work** <br> **estimated at 38,890.00** | | - | **$1,000.00** | **$2,153.52** |
| **3715 N. 16th Street, Philadelphia, PA  19140** <br> **Property needs work estimated at 31400.00** | | - | **$50,200.00** | **$66,231.00** |
| **3722 N. 16th Street, Philadelphia, PA  19140** <br> **Property needs work estimated at 35000.00** | | - | **$56,600.00** | **$66,000.00** |
| **3717 N. 16th Street, Philadelphia, PA  19140** <br> **Property needs work estimated at $ 32250.00** | | - | **$86,200.00** | **$92,522.00** |
| **2720 N. Front Street, Philadelphia, PA  19133** <br> **SURRENDERING AT TAX SALE** <br> **DEBTOR SURRENDERS ALL RIGHT TITLE AND INTEREST TO EMPTY LOT** | | - | **$36,273.00** | **$7,220.03** |
| **2850 N. Palethorp Street, Philadelphia, PA  19133** <br> **Debtor surrender all right title and interest** | | - | **$72,251.00** | **$0.00** |
| **1635 N. Bouvier Street, Philadelphia, PA  19121** <br> **Property needs some work estimated at 84,350.00** | | - | **$97,600.00** | **$135,234.00** |
| **812 State Street, Camden, NJ  08102** <br> **Property needs work estimated at 39, 750.00** | | - | **$29,300.00** | **$31,363.00** |
| **Resort Financials Time Share, 1420 Ocean Drive, Miami Beach, FL  33135** <br> **surrendering** | | - | **$0.00** | **$11,469.00** |
| **214 South Alden Street, Philadelphia, PA  19132** <br> **\*\*Property sold at Sheriff's sale on June 4, 2015 for $22,500** | | - | **$45,026.00** | **$56,121.98** |

Sheet 1 of 2 total sheets in Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re **Robertin Nunez** Case No **15-15811-MDC**

Debtor(s)

# SCHEDULE A - REAL PROPERTY - AMENDED

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm-unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2011 N. Cleveland Street, Philadelphia, PA  19132 = $61,097**<br>**2164 Palethorp Street, Philadelphia, PA  19122 = $83,372**<br>***Both properties are on the same mortgage**<br>**values are both properties combined**<br>**estimated work: 95,950.00** | | - | $1,000.00 | $43,514.00 |
| **569 Carl Miller Boulevard, Camden, NJ  08104**<br>**PROPERTY WAS SURRENDERED** | | - | $5,900.00 | $0.00 |
| **3837 N. Broad Street, Philadelphia,  PA  19140**<br>**SURRENDER ALL RIGHT TITLE AND INTEREST** | | - | $188,517.00 | $96,000.00 |
| **2235 N. Howard Street, Philadelphia, PA  19133**<br>**ESTIMATED work 42300.00** | | - | $70,000.00 | $116,000.00 |
| **125 W. Roosevelt Blvd, Philadelphia, PA  19120**<br>**surrender all right title and interest** | | - | $152,064.00 | $114,000.00 |
| **3424 N. 2nd Street, Philadelphia, PA  19140**<br>**Property needs work estimated at 33, 675.00** | | - | $65,600.00 | $145,000.00 |
| **3426 N. 2nd Street, Philadelphia, PA  19140**<br>**Deeded with 3424 N 2nd Street**<br>**Estimated value of work 32,500.00**<br>**This is also linked up to 3424 Mortgage for 145,000.00** | | - | $33,100.00 | $145,000.00 |
| **3725 N. 16th Street, Philadelphia, PA  19140**<br>**estimated value of work 84,900.00**<br>**home is worth approx 59,300.00**<br>**cost of work is 84,900.00** | | - | $100.00 | $0.00 |
| **523 N. 9th Street, Camden, NJ  08102**<br>**estimated value of work 42,200.00**<br>**value is 31,000.  but will cost more than what the property is worth** | | - | $100.00 | $1,116.21 |
| **2235 N 19th Street**<br>**Philadelphia Pa 19132**<br>**surrendering property** | | - | $0.00 | $135,000.00 |
| | | Total: | **$990,831.00** | |

(Report also on Summary of Schedules)

Sheet 2 of 2 total sheets in Schedule of Real Property