United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15811-mdc
Robertin Nunez                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine             Page 1 of 1           Date Rcvd: Feb 23, 2017
                            Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db              +Robertin Nunez,    2164 Palethorp Street,    Philadelphia, PA 19122-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BEN  VAN STEENBURGH    on behalf of Creditor Barbara   Marshall lawyers@adlawfirm.com
      DAVID M. OFFEN    on behalf of Debtor Robertin   Nunez dmo160west@gmail.com,
       davidoffenecf@gmail.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, NA jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
      KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
       pa-bk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association
       pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       pabk@logs.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       james.feighan@phila.gov
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                    TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robertin Nunez
      Debtor(s)

Chapter: 13

Bankruptcy No: 15−15811−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 23, 3017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                         Magdeline D. Coleman
                                         Judge ,
                                         United States Bankruptcy Court

                                                                        61
                                                                Form 155