**Fill in this information to identify the case:**

Debtor 1 ROBERT NUNEZ

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 15-15811



FILED

SEP 11 2017

TIMOTHY McGRATH, CLERK

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Emigrant Residential, LLC

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 5 7 0 0

Date of payment change:
Must be at least 21 days after date of this notice     10/01/2017

New total payment:
Principal, interest, and escrow, if any     $ 587.40

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 289.07     New escrow payment: $ 286.32

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1    ROBERT NUNEZ                                         Case number (if known) 15-15811
            First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**✗** _Dawn Myers_ (Signature)    Date 9/8/17

Print:   Dawn R Myers                                    Title  Loan Adminstrator
         First Name    Middle Name    Last Name

Company  Emigrant Mortgage Company, Inc as servicer for    Emigrant Residential, LLC

Address  7 Westchester Plaza
         Number    Street

         Elmsford    NY 10523
         City         State    ZIP Code

Contact phone  914-785-1233                               Email  myersd@emigrant.com



|  | | 5 East 42nd Street New York, NY 10017 |
|---|---|---|
|  | | 1-800-836-1260 |
|  | | Analysis Date:     08/23/2017 |
| ROBERT NUNEZ | 000056 | Loan Number:      570-0 |
| 8355 AUSTIN ST APT 3F | | Effective Date:     10/01/2017 |
| KEW GARDENS, NY 11415-1825 | | |
|  | | Bankruptcy Date:   08/13/2015 |

Premise Address:
2164 N PALETHORP ST
PHILADELPHIA, PA 19122-1613

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

Dear Mortgagor:

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Starting Balance | | | | $1,998.70 |
| **2017** | | | | |
| Oct | 285.52 | 1,513.00 | Fire/Hazard Ins. | 771.22 |
| Nov | 285.52 | | | 1,056.74 |
| Dec | 285.52 | | | 1,342.26 |
| **2018** | | | | |
| Jan | 285.52 | | | 1,627.78 |
| Feb | 285.52 | 1,064.29 | City Tax | 849.01 |
| Mar | 285.52 | | | 1,134.53 |
| Apr | 285.52 | 849.00 | Fire/Hazard Ins. | 571.05 |
| May | 285.52 | | | 856.57 |
| Jun | 285.52 | | | 1,142.09 |
| Jul | 285.52 | | | 1,427.61 |
| Aug | 285.52 | | | 1,713.13 |
| Sep | 285.52 | | | 1,998.65 |
| **TOTAL** | 3,426.24 | 3,426.29 | | |

                     Escrow Balance from History      1,699.96
                     Arrears Escrow Payment(s)          289.07 (+)
                     Adjusted Escrow Balance          1,989.03

Your adjusted ending escrow balance is $1,989.03. Your starting balance according to this analysis should be $1,998.70.

This means you should have a shortage of $9.67. This shortage may be collected from you over a period of 12 months unless the shortage is less than 1 month's deposit in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

EscrowAnalysis

Projections for Coming Year                                                Page 2 of 2
(continued)

Your escrow balance may contain a cushion. A cushion is an amount held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur. Federal law authorizes a maximum escrow cushion not to exceed 1/6th of the total annual anticipated escrow disbursements made during the above cycle unless your loan documents or State law require a lesser cushion.

The cushion selected for your escrow account is 1/6th of your total annual escrow estimated disbursement which equals $571.05.

Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.

Your first monthly monthly payment for the coming year will be $587.40 of which $301.08 is for principal and interest and $286.32 will go into your escrow account.

The terms of your loan may result in changes to the monthly principal and interest payments made during the year.

You will be receiving a billing under a separate cover.

| ANNUAL ESCROW DISBURSEMENT ESTIMATE | |
| --- | ---: |
| Description | Amount |
| City Tax | 1,064.29 |
| Fire/Hazard Ins. | 2,362.00 |
| Total Annual Requirement | 3,426.29 |
| Projected Payment Requirement | 285.52 |
| 1/12 of Escrow Shortage (+) | 0.80 |
| New Escrow Payment | 286.32 |

Your prior monthly escrow payment was $289.07.

If you have any questions regarding this information, please contact us at the toll free number listed above.

·570-0    B



|                                    | 5 East 42nd Street New York, NY 10017 |
|                                    | 1-800-836-1260 |
|                                    | As of Date:         08/23/2017 |
| ROBERT NUNEZ         000056        | Loan Number:        ,70-0 |
| 8355 AUSTIN ST APT 3F              | |
| KEW GARDENS, NY 11415-1825         | Bankruptcy Date:    08/13/2015 |

Premise Address:
2164 N PALETHORP ST
PHILADELPHIA, PA 19122-1613

### Annual Escrow Account Disclosure Statement
### Comparison and Account History

Dear Mortgagor:

This is a statement of actual activity in your escrow account from 08/23/2016 through 08/23/2017. Last Year's Projections, starting 10/01/2016, are next to the actual activity.

Your last monthly payment was $590.15 of which $301.08 was for principal and interest and $289.07 went into your escrow account.

This is a history for the post petition year prepared for informational and analysis purposes only.

| Month | Projected Payment to Escrow Account | Actual Payment to Escrow Account | Projected Payment from Escrow Account | Actual Payment from Escrow Account | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| Starting Balance | | | | | | $1,998.70 | $1,956.05 |
| **2016** | | | | | | | |
| Sep | | 279.50 | | | | | 2,235.55 |
| Oct | 285.52 | 289.07 * | 1,513.00 | 1,513.00 | Fire/Hazard Ins. | 771.22 | 1,011.62 |
| Nov | 285.52 | 289.07 * | | | | 1,056.74 | 1,300.69 |
| Dec | 285.52 | * | | | | 1,342.26 | 1,300.69 |
| **2017** | | | | | | | |
| Jan | 285.52 | 289.07 * | | 1,064.29 * | City Tax | 1,627.78 | 525.47 |
| Feb | 285.52 | 289.07 * | 1,064.29 | | * City Tax | 849.01 | 814.54 |
| Mar | 285.52 | 289.07 * | | | | 1,134.53 | 1,103.61 |
| Apr | 285.52 | 289.07 * | 849.00 | 849.00 | Fire/Hazard Ins. | 571.05 | 543.68 |
| May | 285.52 | 289.07 * | | | | 856.57 | 832.75 |
| Jun | 285.52 | 289.07 * | | | | 1,142.09 | 1,121.82 |
| Jul | 285.52 | 289.07 * | | | | 1,427.61 | 1,410.89 |
| Aug | 285.52 | 289.07 * | | | | 1,713.13 | 1,699.96 |
| **TOTAL** | | 3,170.20 | | 3,426.29 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. Your actual escrow payment has been adjusted for a shortage escrow balance in the amount of $42.65 which increased your normal monthly payment by $3.55 to $289.07. This amount was calculated at your last escrow projection.

EscrowAnalysis

**Annual Escrow Account Disclosure Statement**  Page 2 of 2
**Comparison and Account History**
(continued)

Last year we anticipated that payments from your account would be made during this period equaling $3,426.29. Under Federal law, your lowest monthly balance should not have exceeded $571.05 or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not have exceeded $571.05. Therefore, the required cushion for your escrow account was $571.05.

This is a history for the post-petition year prepared for informational analysis purposes only.

If you have any questions regarding this information, please contact us at the toll free number listed above.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 15-15811
Robert Nunez ) Chapter 13
)
Debtor-in-Possession )

## AFFIDAVIT OF SERVICE

Dawn Myers, being duly sworn say; I am not a party to this action, am over 18 years of age and am a Mortgage Collector in the Servicing Department of Emigrant Mortgage Company, Inc. as servicer for Emigrant Residential, LLC, That on the 8th day of September 2017, I served the Notice of Mortgage Payment Change by depositing a true copy of the enclosed under the exclusive care and custody of US Postal Service via certified mail, addressed to the following persons at their last known addresses set forth after their name:

1- David M. Offen, The Curtis Center, 601 Walnut Street- Suite 160 West Philadelphia, PA 19106

2- Timothy B McGrath, 900 Market Street Suite 400, Philadelphia, PA 19107

3- William C. Miller, Esq., Chapter 13 Trustee, 1234 Market Street - Suite 1813 Philadelphia, PA 19107

4- Robert Nunez, 8355 Austin St Apt 3F, Kew Gardens, NY 11415-1825

Deponent is over the age of twenty-one years.

DAWN MYERS

Sworn to before me this
8th of September 2017.

Notary Public

VERNEEDA McKENZIE WHEELER
Notary Public, State of New York
No. 01MC6196145
Qualified in New York County
Commission Expires November 3, 2020