IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Robertin Nunez | : | No. 15-15811-MDC |
| Debtor | : | |

ANSWER TO MOTION OF SPECIALIZED LOAN SERVICING, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted that payments were missed. Debtor attempted to make two payments, both of which were returned to him by Specialized Loan Servicing, LLC.

7. Admitted in part, Denied in part. Admitted that some payments were missed, Denied that debtor owes the amount listed. A payment was accepted by Specialized Loan Servicing, LLC. in October 2019. The debtor attempted to make two payments, both of which were returned to him. Debtor has these two payments on hand and ready to remit and asks for the chance to catch up any remaining arrears.

8. Debtor is unsure of the same.

9. Denied.

10. Denied.

11. No response required.

WHEREFORE Debtors respectfully request this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated:1/14/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Kristen D. Little on behalf of Specialized Loan Servicing, LLC.
pabk@logs.com

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 1/14/20