IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Robert Nunez, | : | No.  15-15811 - mdc |
| Debtor | : | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

Street: _____ 1315 Walnut Street _____

Suite: _____ 500 _____

City, State, Zip: _____ Philadelphia, PA  19107 _____

State Bar #_____ 51085 _____

Respectfully Submitted:

David H. Denenberg, Esquire
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
215-546-1345
ddenenberg@adlawfirm.com