```
           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                        :    CHAPTER 13
                                 :
   Robertin Nunez                :    No. 15-15811-MDC
      Debtor                     :
```

## OBJECTION TO CERTIFICATE OF DEFAULT

Debtor, by Attorney David M. Offen, objects to the Certificate of Default of Specialized Loan Servicing, LLC. On the following basis:

Debtor entered into a forbearance agreement with Specialized Loan Servicing, LLC. as entered into this court on May 12, 2020 permitting the debtor to resume mortgage payments June 1, 2020. Debtor will supply all proofs of payments made during this time and requests Movant to supply full accounting from the time of the requested forbearance. Debtor avers he can catch up should any arrears remain.

WHEREFORE, Debtor, respectfully requests a Hearing and for this Honorable Court to not enter an Order granting Relief.

                                Respectfully submitted,


                                /s/  David M.Offen
                                    David M. Offen
                                    Attorney for Debtor
                                    Suite 160 West, Curtis Center
                                    601 Walnut Street
                                    Philadelphia, PA 19106
                                    215-625-9600
Dated: 7/28/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Kristen D. Little on behalf of Specialized Loan Servicing, LLC.

<u>Pabk@logs.com</u>

                                    <u>/s/   David M.Offen</u>
                                        David M. Offen
                                        Attorney for Debtor
                                        Suite 160 West, Curtis Center
                                        601 Walnut Street
                                        Philadelphia, PA 19106
                                        215-625-9600

Dated:7/28/20