United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15811-mdc
Robertin Nunez                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1              Date Rcvd: Jul 30, 2020
                            Form ID: 167           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
db             +Robertin Nunez,    2164 Palethorp Street,    Philadelphia, PA 19122-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BEN VAN STEENBURGH    on behalf of Creditor Barbara  Marshall lawyers@adlawfirm.com,
               ddenenberg@adlawfirm.com
              DAVID M. OFFEN    on behalf of Debtor Robertin  Nunez dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, NA bankruptcy@powerskirn.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Specialized Loan Servicing LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              LEONA MOGAVERO    on behalf of Creditor    Emigrant Mortgage Company, Inc lmogavero@fsalaw.com,
               mprimavera@fsalaw.com
              MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL JOHN CLARK    on behalf of Creditor    Specialized Loan Servicing LLC mjclark@logs.com
              SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK, NA bankruptcy@powerskirn.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robertin Nunez
    Debtor(s)

Case No: 15−15811−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Specialized Loan Servicing LLC <i></i> Filed by Robertin Nunez

    on: 8/25/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/30/20

Timothy B. McGrath
Clerk of Court

95 − 94
Form 167