# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-15811-MDC

ROBERTIN NUNEZ

2164 PALETHORP STREET

PHILADELPHIA, PA 19122

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERTIN NUNEZ

  2164 PALETHORP STREET

  PHILADELPHIA, PA 19122

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 8/4/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee