United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15811-mdc |
| Robertin Nunez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robertin Nunez, 2164 Palethorp Street, Philadelphia, PA 19122-1613 |
| cr | + | ACM Patriot RE IV B LLC, c/o Servicios PQP, Inc., 230 CrossKeys Office Park, ATTN: IMP/XX7X1XX11, Fairport, NY 14450-3510 |
| cr | + | Barbara Marshall, c/o Abramson & Denenberg, PC, 1315 Walnut Street 12th Floor, Philadelphia, PA 19107-4712 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LeeAne O. Huggins, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425cre, Dallas, TX 75254-7685 |
| 13580529 | + | ACM Patriot LN IV B, LLC, 230 Crosskeys Office Park, Suite 230, Fairport, NY 14450-3510 |
| 13653610 | + | ACM Patriot RE IV B LLC, c/o Servicos PQP, Inc., Attn: IMP/XX7X1XX10, 230 CrossKeys Office Park, Fairport, New York 14450-3510 |
| 13580531 | | American Loans, 3 Presidential Blvd., Bala Cynwyd, PA 19004 |
| 13580532 | + | Barbara Marshall, 101 West Ruscomb Street, Box A, Philadelphia, PA 19120-3411 |
| 13580533 | | Camden Cty Probation, Market Street, Camden, NJ 08101 |
| 13580538 | | City of Camden, Tax Office 117, PO Box 9512, Camden, NJ 08101 |
| 13580540 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13580544 | + | City of Philadelphia, Code Violation Enforcement Division, PO Box 56318, Philadelphia, PA 19130-6318 |
| 13580545 | + | City of Philadelphia, Law Department, Municipal Services Building, 1404 JFK Boulevard, 5th Floor, Philadelphia, PA 19107-3212 |
| 13580547 | | David Chan, 112 Greenback Way, Philadelphia, PA 19148 |
| 13580549 | + | Emigrant Mortgage Co, 5 E 42nd St, New York, NY 10017-6904 |
| 14285073 | + | Emigrant Mortgage Company, Inc., c/o Leona Mogavero, Esquire, 101 Greenwood Avenue, Fifth Floor, Jenkintown, PA 19046-2627 |
| 13580551 | + | Erica Gonzalez, 3650 Salmon Street, Philadelphia, PA 19134-5548 |
| 13580552 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13580554 | | Forest Hills Associates, 10921 72nd Road, Second Floor, Forest Hills, NY 11375 |
| 13580555 | + | GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102-4578 |
| 13580561 | | JP Morgan Chase Bank, 4828 Central Loop Drive, Houston, TX 77081 |
| 13580562 | + | KML Law Group, Suite 5000 - Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 13580563 | | Michele F Cohen, Esq., 1835 Market Street, Suite 2700, Philadelphia, PA 19103-2929 |
| 13580566 | | Prime Funding, 1364 Welsch Road, Philadelphia, PA 19154 |
| 13580565 | + | Prime Funding, 1364 Welsch Road, North Wales, PA 19454-1913 |
| 14557511 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13719632 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14209503 | + | Specialized Loan Servicing LLC, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 13580567 | + | State of New Jersey, Surcharge Violation system, PO Box 4580, Trenton, NJ 08610-0580 |
| 13580568 | + | Tanya Guerrero, 3237 Murray Lane, Flushing, NY 11354-3217 |
| 13580569 | + | Tsiwen M. Law & Associates, LLC, 1617 JFK Blvd, Suite 650, Philadelphia, PA 19103-1806 |
| 13580570 | + | Valerie Vaincoeur, 6309 N. 8th Street, Philadelphia, PA 19126-3753 |
| 13580581 | + | WFHM, 4101 Wiseman Blvd, San Antonio, TX 78251-4200 |
| 13673066 | + | Walkiria E. Peralta, 1151 Atlantic Ave., Camden, NJ 08104-1239 |
| 13580571 | + | Walkiria Peralta, 545 Newton Lake Road, Apt 304, Collinswood, NJ 08107-1670 |
| 13666544 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 13580580 | + | Wfhm, 4101 Wiseman Blvd # Mc-T, San Antonio, TX 78251-4200 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 63 |
| TOTAL: 40 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Revenue Bureau, c/o Megan N. Harper, Esquire, 1401 John F. Kennedy Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/Text: Bankruptcy@emigrant.com | Jan 20 2021 06:51:00 | Emigrant Mortgage Company, Inc, 7 Westchester Plaza, Elmsford, NY 10523 |
| 13580534 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:11 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13580542 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Dept. of Licenses and Inspections, 1401 JFK Blvd., 11th Floor, Code Enforcement Unit, Philadelphia, PA 19102 |
| 13580546 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 13676127 | + | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13589093 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13580548 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 20 2021 06:51:00 | Diamond Resorts Fs, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 13580557 | + | Email/Text: bkynotice@harvardcollect.com | Jan 20 2021 06:53:00 | Harvard Collection Service, 4839 North Elston, Chicago, IL 60630-2589 |
| 13580558 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 06:51:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA 19105 |
| 13580536 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:00:39 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13580560 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:01:59 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219 |
| 13630458 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:01:59 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 13628449 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 06:59:08 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13580559 | + | Email/Text: kab@jsdc.com | Jan 20 2021 06:51:00 | James, Smith, Dietterick & Connelly, LLP, PO Box 650, Hershey, PA 17033-0650 |
| 13604279 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 20 2021 06:51:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13580564 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 63 |

| | | | Jan 20 2021 06:51:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
|---|---|---|---|---|
| 13589837 | + | Email/Text: bankruptcy@philapark.org | Jan 20 2021 06:53:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13637667 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2021 06:52:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13580572 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13580530 | *+ | ACM Patriot LN IV B, LLC, 230 Crosskeys Office Park, Suite 230, Fairport, NY 14450-3510 |
| 13580535 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13580543 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Dept. of Licenses and Inspections, 1401 JFK Blvd., 11th Floor, Code Enforcement Unit, Philadelphia, PA 19102 |
| 13580539 | * | City of Camden, Tax Office 117, PO Box 9512, Camden, NJ 08101 |
| 13580541 | *+ | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13580553 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13580556 | *+ | GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102-4578 |
| 13580537 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13580573 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580574 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580575 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580576 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580577 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580578 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580579 | * | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13580550 | ##+ | Equiant Financial Svcs, 5401 N Pima Rd Ste 150, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 21, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 15-15811-mdc   Doc 109   Filed 01/21/21   Entered 01/22/21 01:07:43   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 63 |

| | |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANN E. SWARTZ | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| BEN VAN STEENBURGH | on behalf of Creditor Barbara Marshall lawyers@adlawfirm.com  ddenenberg@adlawfirm.com |
| DAVID M. OFFEN | on behalf of Debtor Robertin Nunez dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| LEEANE O. HUGGINS | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com |
| LEEANE O. HUGGINS | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com |
| LEONA MOGAVERO | on behalf of Creditor Emigrant Mortgage Company  Inc lmogavero@fsalaw.com, mprimavera@fsalaw.com |
| MARIO J. HANYON | on behalf of Creditor Specialized Loan Servicing LLC mario.hanyon@brockandscott.com  wbecf@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov |
| MICHAEL JOHN CLARK | on behalf of Creditor Specialized Loan Servicing LLC mjclark@logs.com |
| SARAH K. MCCAFFERY | on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robertin Nunez
      Debtor(s)

Bankruptcy No: 15−15811−mdc
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 1/19/21

                                                                   108 − 107
                                                                 Form 138_new