**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Robertin Nunez
        Debtor(s)                                  Case No: 15−15811−mdc

                                                   Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Limited Objection to Notice of Objection to Discharge / Final
Report and Account

on: 2/25/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

                                        For The Court

Date:  2/2/21                           Timothy B. McGrath
                                        Clerk of Court