United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robertin Nunez  
    Debtor

Case No. 15-15811-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robertin Nunez, 2164 Palethorp Street, Philadelphia, PA 19122-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANN E. SWARTZ | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| BEN VAN STEENBURGH | on behalf of Creditor Barbara Marshall lawyers@adlawfirm.com  ddenenberg@adlawfirm.com |
| DAVID M. OFFEN | on behalf of Debtor Robertin Nunez dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | |

| | |
|---|---|
| | on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| LEEANE O. HUGGINS | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com |
| LEEANE O. HUGGINS | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com |
| LEONA MOGAVERO | on behalf of Creditor Emigrant Mortgage Company  Inc lmogavero@fsalaw.com, mprimavera@fsalaw.com |
| MARIO J. HANYON | on behalf of Creditor Specialized Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov |
| MICHAEL JOHN CLARK | on behalf of Creditor Specialized Loan Servicing LLC mjclark@logs.com |
| SARAH K. MCCAFFERY | on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robertin Nunez
    Debtor(s)

Case No: 15−15811−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Limited Objection to Notice of Objection to Discharge / Final Report and Account

    on: 2/25/21

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/2/21

Timothy B. McGrath
Clerk of Court

111 − 110
Form 167