**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | | |
| Robertin Nunez | | |
| aka Robert Nunez | | |
| Debtor(s) | : | Bankruptcy No.15-15811-MDC |

ORDER

AND NOW, it appearing that a there is a Limited Objection To Debtor's Discharge filed by Emigrant Mortgage Company Inc. with a hearing scheduled for April 29, 2021 at 11:00AM , it is hereby

ORDERED that the Order approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the clerk's office on March 29, 2021 is, VACATED.

Date:   April 5, 2021

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge