United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 15-15811-mdc
Robertin Nunez     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 21, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robertin Nunez, 2164 Palethorp Street, Philadelphia, PA 19122-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BEN VAN STEENBURGH | on behalf of Creditor Barbara Marshall lawyers@adlawfirm.com ddenenberg@adlawfirm.com |
| DAVID M. OFFEN | on behalf of Debtor Robertin Nunez dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN S. FRANKEL
    on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com klittle@logs.com;logsecf@logs.com

LAUREN MOYER
    on behalf of Creditor Specialized Loan Servicing LLC ecfmail@ecf.courtdrive.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com

LEONA MOGAVERO
    on behalf of Creditor Emigrant Mortgage Company Inc lmogavero@fsalaw.com, mprimavera@fsalaw.com

MARIO J. HANYON
    on behalf of Creditor Specialized Loan Servicing LLC wbecf@brockandscott.com wbecf@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov

MICHAEL JOHN CLARK
    on behalf of Creditor Specialized Loan Servicing LLC mclark@squirelaw.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK NA bankruptcy@powerskirn.com

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 20

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ROBERTIN NUNEZ** | : | Bankruptcy No. 15-15811-mdc |
| | : | |
| **Debtor** | : | |

### STIPULATED ORDER

This Stipulated Order is made this __8th__ day of _____June_____, 2021, by and between Robertin Nunez ("Debtor") and Emigrant Mortgage Company, Inc./Emigrant Residential, LLC, f/k/a EMC, L.L.C. (collectively referred to herein as "Emigrant"), by their respective counsel, as follows:

### BACKGROUND

WHEREAS, on or about August 13, 2015, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

WHEREAS, on or about November 27, 2015, Emigrant filed a Proof of Claim (the "Proof of Claim") setting forth its secured claim against the Debtor.

WHEREAS, the Debtor's obligation to Emigrant arises from a mortgage loan (the "Loan"), secured by residential real property, as more fully set forth in the Proof of Claim.

WHEREAS, on or about August 1, 2016, the Debtor filed his Amended Chapter 13 Plan (the "Plan), which Plan was confirmed by the Court on February 23, 2017.

WHEREAS, the Plan provides for arrearages on the Loan to be paid through the Plan, with regular post-Petition payments on the Loan to be made directly to Emigrant.

WHEREAS, Emigrant filed notices of mortgage payment changes on or about 3/15/17, 3/7/19, 9/13/19, 4/6/20, 9/10/20.

WHEREAS, no objections were filed to the notices of mortgage payment changes.

{Client Files/010164/00024/01470451.DOCX;1}

WHEREAS, on or about January 19, 2021, the Bankruptcy Court Clerk's Office issued a Notice of Deadlines stating that the Standing Chapter 13 Trustee had filed his final report and account and that any objection to entry of the Order of Discharge must be filed within fourteen days from the date of the Notice.

WHEREAS, the Debtor has not made the payments to Emigrant as required by the Plan.

WHEREAS, the Loan is due for the post-Petition payment due May 1, 2020.

AND NOW therefore, with the foregoing background deemed incorporated herein by this reference as if fully set forth at length, the parties hereto intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein agree as follows:

1. The Debtor acknowledges and agrees that as of the date hereof, post-Petition arrearages are due and owing in the amount of $5278.70, plus Emigrant's reasonable attorneys' fees and costs (the "Post-Petition Arrearages").

2. The Parties hereto acknowledge and agree that any Order of Discharge entered in the above-captioned bankruptcy case shall not operate as a discharge of the Debtor's obligations to Emigrant under the Loan until all payments have been made on the Loan, including without limitation all Post-Petition Arrearages.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK – SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order this 8th day of June, 2021.

                                    Leona Mogavero, Esquire
                                    Friedman Schuman, P.C.
                                    101 Greenwood Avenue, Fifth Floor
                                    Jenkintown, PA 19046
No Objection                           Counsel for Emigrant Mortgage Company, Inc./
                                    Emigrant Residential, LLC, f/k/a EMC, L.L.C.

/s/ LeeAne O. Huggins
William C. Miller, Esquire            */s/ David M. Offen*
Office of the Chapter 13 Standing Trustee    David M. Offen, Esquire
                                    The Curtis Center
                                    601 Walnut Street, Suite 160 West
                                    Philadelphia, PA  19106
                                    Attorney for Robertin Nunez

APPROVED and so ORDERED this __17th__ day of _____June_____, 2021.

BY THE COURT:

Magdeline D. Coleman,
Chief U.S. Bankruptcy Judge

Copies to:

David M. Offen, Esquire               Leona Mogavero, Esquire
The Curtis Center                       Friedman Schuman, P.C.
601 Walnut Street, Suite 160 West      101 Greenwood Avenue, Fifth Floor
Philadelphia, PA  19106               Jenkintown, PA 19046

William C. Miller, Esquire             United States Trustee
Chapter 13 Trustee                    Office of United States Trustee
P.O. Box 1229                           200 Chestnut Street, Suite 502
Philadelphia, PA  19105               Philadelphia, PA 19106