United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robertin Nunez  
    Debtor

Case No. 15-15811-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 24, 2021      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robertin Nunez, 2164 Palethorp Street, Philadelphia, PA 19122-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor JPMorgan Chase Bank National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BEN VAN STEENBURGH | on behalf of Creditor Barbara Marshall lawyers@adlawfirm.com ddenenberg@adlawfirm.com |
| DAVID M. OFFEN | on behalf of Debtor Robertin Nunez dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK NA bankruptcy@powerskirn.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 195 | Total Noticed: 1 |

KEVIN S. FRANKEL
    on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com

LAUREN MOYER
    on behalf of Creditor Specialized Loan Servicing LLC ecfmail@ecf.courtdrive.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

LEONA MOGAVERO
    on behalf of Creditor Emigrant Mortgage Company  Inc lmogavero@fsalaw.com, mprimavera@fsalaw.com

MARIO J. HANYON
    on behalf of Creditor Specialized Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov

MICHAEL JOHN CLARK
    on behalf of Creditor Specialized Loan Servicing LLC mclark@squirelaw.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  NA bankruptcy@powerskirn.com

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Robertin Nunez : Case No. 15−15811−mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , 24th of June 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

127
Form 195